# CHARLES J. DeHART III
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 9, 2011

Clerk, U.S. Bankruptcy Court

RE: Jamie E. Pugh
Bankruptcy Case No. 1-06-00050
Unclaimed Funds For: Advance America
3200 B Paxton Street
Harrisburg PA 17111

Dear Clerk:

Enclosed herewith please find check No. 1011649 for $1,161.06 and check No. 1011650 for $1,678.16 drawn on the Fulton Bank representing unclaimed funds for a creditors in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

/s/ Carol A. Kreider

Carol A. Kreider
Funds Manager



Case 1:06-bk-00050-MDF    Doc 101    Filed 03/10/11    Entered 03/10/11 08:21:31    Desc